The Honorable James Randal Hall
United States District Court

**Re: Request for Early Termination of Probation**

Dear Judge Hall,

My name is Timothy Myers, and I respectfully submit this letter requesting early termination of my federal probation.

I have been on probation for approximately 18 months, and throughout that time I have remained fully compliant with all conditions set by the Court. I have incurred no violations, have paid all fines in full, and have consistently met every requirement placed upon me.

Since being placed on probation, I have made significant efforts to improve my life and become a more responsible individual. I am currently employed full-time in a safety position, where I take great pride in my work. This opportunity has provided me with stability, discipline, and a strong sense of purpose.

This experience has been a true turning point for me. I have taken full responsibility for my past actions and have learned valuable lessons that have changed my outlook and behavior. I understand the seriousness of my prior conduct, and I am committed to continuing on a positive, law-abiding path.

I respectfully ask the Court to consider granting early termination of my probation so that I may continue progressing forward without restriction and further establish myself as a productive member of society. I assure the Court that I will not engage in any conduct that would bring me back before it.

Thank you for your time, consideration, and the opportunity to demonstrate my growth and commitment to change.


Respectfully submitted,


Timothy Myers



# PRIORITY MAIL

**PRESS FIRMLY**

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS00001000012

9505 5122 6361 6110 1499 42

**USPS TRACKING® #**

EXPECTED DELIVERY DAY: 04/22/26

FSC
MIX
Board
FSC® C110010

PAPER POUCH

**WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.**

**TO:**

United States District Court
P.O. Box 1130
Augusta, GA 30903

**FROM:**

Timothy Myers
2871 Glenn Hills Circle
Augusta, GA 30906

PAPER POUCH
howtorecycle.info

Retail

UNITED STATES POSTAL SERVICE®

U.S. POSTAGE PAID
PM
KENNESAW, GA 30144
APR 20, 2026
30903
$11.95
S2324D501810-23

RDC 03     0 Lb 0.90 Oz

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.