IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 119-113 |
| | ) | |
| TIMOTHY JEREMY MYERS | ) | |

GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE (Doc. 408.)

COMES NOW the United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and, in response to Defendant's instant motion, states that it is opposed to the early termination of Defendant's term of supervised release for the following reasons:

1) On March 4, 2021, the Court sentenced Defendant Myers to 96 months' confinement followed by 3 years of supervised release for the offense Conspiracy to Possess with Intent to Distribute Controlled Substances (cocaine, cocaine base, and marijuana) in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1). (Judgment, Doc. 272.)

2) Per United States Probation Officer Zion Dancer, Defendant began his term of supervised release on August 30, 2025, and, to date, has completed approximately 20 months of supervision.

3) Defendant filed a motion to terminate his term of supervised release on April 22, 2026, (Doc. 408.)  In his motion, Defendant maintains that he has been successful while under supervision, and has a full-time job,

among other factors in his favor.  Specifically, Defendant maintains that early termination of his supervised release would allow him to "continue progressing forward without restriction and further establish [him]self as a productive member of society." (*Id.)*

4) In preparing its response to Defendant's motion, the United States Attorney's Office (USAO) communicated with the United States Probation Office (USPO) about Defendant.  The USPO is opposed to the termination of the Defendant's supervised release at this time.  USPO Zion Dancer informed the government that Defendant has had two violations during his current term of supervision, including a curfew violation and a failure to promptly notify the probation office of a change in employment, both from December 2025.  All of the Defendant's drug screens have been negative.  Defendant currently has a well-paying job as a traveling safety manager with Safety On Site Solutions, Inc. where he has worked for about 5 months.  He was previously employed at Club Car in Evans.  The Defendant has maintained a stable residence since his release.  The USPO is concerned, however, that this is Defendant's second federal conviction (see PSR, Doc. 257 at p. 10), and that he has been employed at his current job for a relatively short period of time.  The USPO opposes Defendant's motion for termination based on this history and the relatively recent violations.

5) Given the objection of the USPO and the government's own review of the case, the government likewise opposes Defendant's motion for early termination of his supervised release.

Respectfully submitted this 6th day of May, 2026.

MARGARET E. HEAP
UNTIED STATES ATTORNEY

**/s/ Henry W. Syms, Jr.**
Henry W. Syms, Jr.
Assistant United States Attorney
Georgia Bar Number 695009
P.O. Box 2017
Augusta, Georgia 30903

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

Additionally, a copy of this pleading is being mailed to:

Timothy Myers
2827 Glenn Hills Circle
Augusta, GA  30906

This 6th day of May, 2026.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ Henry W. Syms, Jr.*

Henry W. Syms, Jr.
Georgia Bar No. 695009
Assistant United States Attorney
United States Attorney's Office
Southern District of Georgia
P.O. Box 2017
Augusta, Georgia 30903