IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA          *
                                  *
        v.                        *          CR 119-113-03
                                  *
TIMOTHY JEREMY MYERS              *

_____

O R D E R

_____

On April 22, 2026, the Court received a letter from Defendant Timothy Jeremy Myers, in which he requests early termination of his term of supervised release. The United States Probation Office and the United States Attorney's Office oppose this request because Myers had two known violations of his conditions of release in December of last year. Moreover, he has only been in his current place of employment for a short time. Consequently, the Court concludes that the community at large and Myers himself will benefit from continued supervision. The motion for early termination of supervised release (doc. 408) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this __8th__ day of May, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA